SHAWN G. HANSEN (SBN 197033)
shansen@nixonpeabody.com
SETH D. LEVY (SBN 217638)
slevy@nixonpeabody.com
STACI JENNIFER RIORDAN (SBN 232659)
sriordan@nixonpeabody.com
VINCENT K. YIP (SBN 170665)
vyip@nixonpeabody.com
PETER J. WIED (SBN 198475)
pwied@nixonpeabody.com
VINCENT C. CAPATI (SBN 331868)
vcapati@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Attorneys for Plaintiff
**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**,<br><br>Plaintiff,<br><br>vs.<br><br>**THE HOME DEPOT, INC., HOME DEPOT PRODUCT AUTHORITY, LLC, and HOME DEPOT U.S.A., INC.**,<br><br>Defendants. | Case No. 2:20-cv-7943<br><br>**PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S CIVIL LOCAL RULE L.R. 83-1.4 NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

Pursuant to Central District of California Civil Local Rule L.R. 83-1.4, Plaintiff The Regents of the University of California ("The Regents"), by and through its undersigned counsel, hereby provides notice of other pending civil and

administrative actions involving all or a material part of the subject matter of this action.

In this action, The Regents seeks relief for infringement of U.S. Patent Numbers 9,240,529, entitled "Textured Phosphor Conversion Layer Light Emitting Diode" ("'529 patent"); 9,859,464, entitled "Light Emitting Diode With Light Extracted From Front And Back Sides Of A Lead Frame" ("'464 patent"); 10,593,854, entitled "Transparent Light Emitting Device With Light Emitting Diodes" ("'854 patent"); 10,644,213, entitled "Filament LED Light Bulb" ("'213 patent"); and 10,658,557, entitled "Transparent Light Emitting Device With Light Emitting Diodes" ("'557 patent") (collectively, "Asserted Patents"). At least some of the Asserted Patents also are at issue in the pending actions identified below. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of such other actions.

## I. United States Courts

*The Regents of the University of California v. Walmart Inc.*, Case No. 2:19-cv-6570, filed on July 30, 2019, is an action for infringement of, among others, the '529 and '464 patents, and is now stayed in the U.S. District Court for the Central District of California. The parties in the action are Walmart Inc. and The Regents. Walmart Inc. has appeared in the action and has an attorney of record. Counsels for Defendant include Shamita D. Etienne-Cummings, White & Case LLP, 701 Thirteenth Street, NW, Washington, DC 20005, Tel. (202) 626-3695; Bijal V. Vakil, White & Case LLP, 555 South Flower Street, Suite 2700, Los Angeles, CA 90071, Tel. (213) 620-7700; and Diana Luo, Walmart Inc., 850 Cherry Avenue, San Bruno, CA 94066, Tel. (650) 813-5600.

*The Regents of the University of California v. Amazon.com, Inc. and Amazon.com Services, Inc.*, Case No. 2:19-cv-6571, filed on July 30, 2019, is an action for infringement of the, among others, the '529 and '464 patents, and is now stayed in the U.S. District Court for the Central District of California. The parties

in the action are Amazon.com, Inc., Amazon.com Services, Inc., and The Regents. Amazon.com, Inc. and Amazon.com Services, Inc. have appeared in the action and have an attorney of record. Counsels for Defendants include Kyle W.K. Mooney Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019, Tel. (212) 336-4092; Veronica Ascarrunz Morrison & Foerster LLP, 2000 Pennsylvania Avenue, NW, Washington, DC 20006, Tel. (202) 887-8756; and Stefani E. Shanberg, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105, Tel. (415) 268-7000.

*The Regents of the University of California v. Target Corporation*, Case No. 2:19-cv-6572, filed on July 30, 2019, is an action for infringement of, among others, the '529 and '464 patents, and is now stayed in the U.S. District Court for the Central District of California. The parties in the action are Target Corporation and The Regents. Target Corporation has appeared in the action and has an attorney of record. Counsels for Defendant include Alexander P. Ott, McDermott Will & Emery LLP, The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001, Tel. (202) 756-8496; and Rachel Chatman, Benesch, Friedlander, Coplan & Aronoff LLP, One Montgomery, Suite 2700, San Francisco, CA 94104, Tel. (628) 600-2250.

*The Regents of the University of California v. IKEA of Sweden AB, IKEA Supply AG, IKEA Distribution Services Inc., IKEA North America Services, LLC, and IKEA U.S. Retail LLC*, Case No. 2:19-cv-6573, filed on July 30, 2019, is an action for infringement of, among others, the Asserted Patents, and is now stayed in the U.S. District Court for the Central District of California. The parties in the action are IKEA of Sweden AB, IKEA Supply AG, IKEA Distribution Services Inc., IKEA North America Services, LLC, and The Regents. IKEA of Sweden AB, IKEA Supply AG, IKEA Distribution Services Inc., and IKEA North America Services, LLC have appeared in the action and have an attorney of record. Counsels for Defendants include Michael Bonella and Joseph R. Klinicki, both of Flaster

Greenberg, P.C., 1835 Market Street, Suite 1050, Philadelphia, PA 19103, Tel. (215) 587-5684; Kenneth E. Keller, Pillsbury Winthrop Shaw Pittman LLP, 725 South Figueroa Street Suite 2800, Los Angeles, CA 90017-5406, Tel. (213) 488-7100; and Christopher E. Stretch, Pillsbury Winthrop Shaw Pittman LLP, 4 Embarcadero Center, Suite 2200, San Francisco, CA 94111, Tel. (415) 983-1084.

*Satco Products, Inc. v. The Regents of the University of California*, Case No. 2:19-cv-6444, filed on November 14, 2019, is a declaratory judgment action for invalidity of, among others, the '529 and '464 patents, and is now awaiting an Order on the pending motion to dismiss in the U.S. District Court for the Eastern District of New York. The parties in the action are The Regents and Satco Products, Inc. The Regents has appeared in the action and has an attorney of record. Counsels for Declaratory Judgment Plaintiff include Robert P. Lynn , Jr., Lynn Gartner Dunne, LLP, 330 Old Country Rd, Suite 103, Mineola, NY 11501, Tel. (516) 742-6200; Scott Joseph Bornstein, Brian J Prew, Elana Araj, and Jonathan David Ball, all of Greenberg Traurig LLP, Metlife Building, 200 Park Avenue, 34th Floor, New York, NY 10166, Tel. (212) 801-2223; and Nicholas A. Brown, Greenberg Traurig LLP, 4 Embarcadero Center, Suite 3000, San Francisco, CA 94111, Tel. (415) 655-1300.

*The Regents of the University of California v. General Electric Company*, Case No. 2:19-cv-10792, filed on December 20, 2019, is an action for infringement of, among others, the '529 and '464 patents, and is now stayed in the U.S. District Court for the Central District of California. The parties in the action are General Electric and The Regents. General Electric has appeared in the action and has an attorney of record. Counsels for Defendant include Thomas R. Goots, Jones Day, 901 Lakeside Ave., Cleveland, OH 44114, Tel. (216) 586-7011; and Andrea W. Jeffries and Luke J. Burton, both of Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071, Tel. (213) 489-3939.

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

**II.     United States Patent and Trademark Office**

*Satco Products Inc. v. The Regents of the University of California*, No. IPR2020-00695, filed on March 10, 2020, is a petition for *inter partes* review of the '529 patent before the United States Patent and Trademark Office. The Patent Trial and Appeal Board has not yet issued a decision granting or denying institution of *inter partes* review. The parties in the action are The Regents and Satco. The Regents has appeared in the action and has an attorney of record.  Counsel of record for Petitioner is Heath J. Briggs, Greenberg Traurig, LLP, 1144 15th Street, Suite 3300, Denver, CO 80202, Tel. (303) 685-7418.

*Satco Products Inc. v. The Regents of the University of California*, No. IPR2020-00813, filed on April 6, 2020, is a petition for *inter partes* review of the '464 patent before the United States Patent and Trademark Office. The Patent Trial and Appeal Board has not yet issued a decision granting or denying institution of *inter partes* review. The parties in the action are The Regents and Satco. The Regents has appeared in the action and has an attorney of record.  Heath J. Briggs, Greenberg Traurig, LLP, 1144 15th Street, Suite 3300, Denver, CO 80202, Tel. (303) 685-7418.

*General Electric Company and Consumer Lighting (U.S.), LLC (d/b/a GE Lighting). v. The Regents of the University of California*, No. IPR2020-01457, filed on August 11, 2020, is a petition for *inter partes* review of the '529 patent before the United States Patent and Trademark Office. The Patent Trial and Appeal Board has not yet issued a decision granting or denying institution of *inter partes* review. The parties in the action are The Regents, General Electric and GE Lighting. The Regents has appeared in the action and has an attorney of record.  Counsel of record for Petitioner is Joseph M. Sauer, Jones Day, 901 Lakeside Avenue, Cleveland, OH 44114, Tel. (216) 586-7506.

*General Electric Company and Consumer Lighting (U.S.), LLC (d/b/a GE Lighting). v. The Regents of the University of California*, No. IPR2020-01458, filed

on August 11, 2020, is a petition for *inter partes* review of the '464 patent before the United States Patent and Trademark Office. The Patent Trial and Appeal Board has not yet issued a decision granting or denying institution of *inter partes* review. The parties in the action are The Regents, General Electric, and GE Lighting. The Regents has appeared in the action and has an attorney of record. Counsel of record for Petitioner is Joseph M. Sauer, Jones Day, 901 Lakeside Avenue, Cleveland, OH 44114, Tel. (216) 586-7506.

**III.     United States International Trade Commission**

*Certain Filament Light-Emitting Diodes and Products Containing Same (II)*, Investigation No. 337-TA-___ Docket No. 337-3486, filed on August 31, 2020, is a Complaint pending Institution of Investigation before the U.S. International Trade Commission based on infringement of the Asserted Patents. The parties in the Investigation are The Regents, The General Electric Company, Consumer Lighting (U.S.) LLC d/b/a GE Lighting, Savant System, Inc., The Home Depot, Inc., Home Depot Product Authority, LLC, Home Depot U.S.A., Inc., Feit Electric Company, Satco Products, Inc., IKEA Supply AG, IKEA U.S. Retail LLC, and IKEA of Sweden AB. No counsel or Proposed Respondent has appeared yet.

Dated: August 31, 2020          NIXON PEABODY LLP

By:  /s/ Shawn G. Hansen
Shawn G. Hansen

Attorneys for Plaintiff
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS